HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00114 DAD-BAM |
| *Plaintiff,* | **APPEARANCE OF [CO-]COUNSEL OF RECORD AND DESIGNATION OF [CO-]COUNSEL FOR SERVICE** |
| vs. | |
| MICHAEL GALLOWAY, | |
| *Defendant.* | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as [co-]counsel of record in this case for MICHAEL GALLOWAY, and designate [co-]counsel for service as follows:

> ERIN SNIDER
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  April 25, 2016

*/s/     Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
Michael Galloway

Appearance and Designation of Counsel         -1-