HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
ERIN SNIDER, Bar #304781
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00114 DAD-BAM |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING APPLICATION FOR SUBPOENAS DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) |
| MICHAEL GALLOWAY, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

Defendant Michael Galloway's Application for Subpoena Duces Tecum is hereby granted pursuant to Federal Rule of Criminal Procedure 17(c). The Court authorizes the issuance of subpoenas duces tecum to the Custodian of Records for Intuit Inc. for production of the following records: All monthly statements or other records detailing transactions from 2003 through 2006 for ECHO/MerchantAmerica accounts held by Michael Galloway, Sandra Galloway, Catholic Online, Catholic Financial Services, or Your Catholic Voice Foundation.

**IT IS SO ORDERED.**

Dated: May ___, 2017

---

DALE A. DROZD
United States District Judge