ANN H. MCGLENON, CA SBN #100433
MCGLENON LAW OFFICE
2401 44th Ave. #6
San Francisco, CA 94116
Telephone: (559) 355-0959

HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.  1:14-cr-00114-DAD-BAM |
| vs. | ) DEFENDANT'S RESPONSE TO  ) GOVERNMENT'S MOTIONS *IN LIMINE* |
| MICHAEL GALLOWAY, | ) Date:  May 15, 2017  ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

Defendant Michael Galloway, by and through counsel of record, Ann McGlenon and Assistant Federal Defender Erin Snider, hereby files his response to the government's motions *in limine*, filed on September 20, 2016 (docket no. 71).[1]

**I.     MOTION *IN LIMINE* #1: SELF-SERVING STATEMENTS**

First, the government requests "defense counsel be prohibited from eliciting [the defendant's own] self-serving exculpatory statements from witnesses, including through cross-

---

[1] Due to a miscommunication between defense counsel, this response is being filed outside the deadline set by the Court.  Defense counsel has communicated with counsel for the government, who have indicated that they have no objection to the Court's consideration of this response.

1  examination of government witnesses." Government's Motions *in Limine*, Docket No. 71, at 2-
2  3. The government does not identify any specific statement that it seeks to exclude from
3  evidence. Because this request does not identify any particular statement, defense counsel has no
4  response. Should the government raise an objection at or before trial to a specific statement,
5  defense counsel will respond at that time.

6  **II.   MOTION *IN LIMINE* #2: REFERENCE TO PENALTY OR PUNISHMENT**

7  Second, the government requests that the defense be "precluded from commenting on or
8  referring, either directly or indirectly, to the potential penalties or punishment facing the
9  defendant in this case." Government's Motions *in Limine*, Docket No. 71, at 3. The defense has
10 no objection to this well-established principle.

11 **III.  MOTION *IN LIMINE* #3: RELIGIOUS AFFINITY AND IMPACT ON FAMILY**

12 Third, the government requests that the Court exclude"[e]vidence referring to the
13 defendant's religious beliefs or references to the effect of the investigation or a conviction upon
14 the defendant's family." Government's Motions *in Limine*, Docket No. 71, at 4. The defense
15 does not object to exclusion of testimony regarding how this case has or will affect Mr.
16 Galloway's family. The defense, however, objects to exclusion of Mr. Galloway's religious
17 beliefs. It is impossible to separate Mr. Galloway's religious beliefs from the evidence both
18 parties will introduce at trial. The government's case revolves around Mr. Galloway's business,
19 Catholic Online, which is a Catholic news and interest website. Mr. Galloway seeks to operate
20 Catholic Online in accordance with the teachings of the Catholic faith. A majority of Catholic
21 Online's customers are Catholic organizations, including churches and businesses. Thus, Mr.
22 Galloway's religious beliefs will necessarily come up at trial.

23 **IV.   MOTION *IN LIMINE* #4: OPINIONS ON GUILT OR INNOCENCE**

24 Fourth, the government seeks to preclude "the defendant from stating through defense
25 counsel, or eliciting through any witness, any opinion on [the] defendant's guilt or innocence."
26 Government's Motions *In Limine*, Docket No. 71, at 5. The defense has no objection to this
27 well-established principle; however, defense counsel wishes to make clear that they will, and
28 indeed have an obligation, to argue that the evidence demonstrates Mr. Galloway is not guilty of

the charges offenses. While defense counsel will not couch this argument as a personal opinion (i.e., "I believe Mr. Galloway is innocent"), defense counsel will zealously argue that Mr. Galloway is not guilty. Defense counsel reminds counsel for the government that they, as well as their witnesses, are also precluded from injecting personal beliefs into the presentation of evidence or argument.

## V.   MOTION *IN LIMINE* #5: WITNESSES' PRIOR CONVICTIONS

Fifth, the government asks that "disputes as to the admissibility of [witnesses' criminal] convictions be heard by the Court outside of the presence of the jury prior to the testimony of the affected witness." Government's Motions *In Limine*, Docket No. 71, at 6. The government has not provided the defense with any criminal history report for any witness and, thus, the defense is not aware of any Rule 609 issues that may arise. The defense requests that the government provide criminal history reports as soon as possible, so the defense can make any objections before the witness takes the stand.

## VI.   MOTION *IN LIMINE* #6: NOTIFICATION OF DEFENSES

Sixth, the government requests notice of any defense of insanity, any expert testimony relating to any mental disease or defect or any other mental condition that may bear on Mr. Galloway's innocence or guilt, or any alibi defense. The defense will comply with Federal Rules of Criminal Procedure 12.1 and 12.2.

Date: May 5, 2017                                        Respectfully submitted,

*/s/  Ann McGlenon*
ANN MCGLENON
McGlenon Law Office
Counsel for Defendant
MICHAEL GALLOWAY

HEATHER E. WILLIAMS
Federal Defender

Date: May 5, 2017                                        */s/  Erin M. Snider*
ERIN M. SNIDER
Assistant Federal Defender
Counsel for Defendant
MICHAEL GALLOWAY